IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL LEE SMITH,                             No. CIV S-05-1297 MCE DAD P

       Petitioner,

  v.                                          <u>ORDER</u>

SCOTT KERNAN,

       Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 5, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Petitioner has filed objections and amended objections to the
2  findings and recommendations.
3         In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8         Accordingly, IT IS HEREBY ORDERED that:
9         1.  The findings and recommendations filed July 5, 2005, are
10 adopted in full; and
11        2.  This action is summarily dismissed without prejudice
12 because it plainly appears from the face of the habeas petition
13 that petitioner is not entitled to federal habeas corpus relief
14 on his claims concerning conditions of confinement and that any
15 claims concerning the legality of petitioner's confinement have
16 not been exhausted.
17 DATED: July 26, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE